1 | **LAQUER, URBAN, CLIFFORD & HODGE LLP**
2 | Marija Kristich Decker, State Bar No. 207387
2 | 225 South Lake Avenue, Suite 200
3 | Pasadena, California 91101-3030
4 | Telephone: (626) 449-1882
4 | Facsimile: (626) 449-1958
5 | Email:  Decker@luch.com

**JS-6**

6 | Counsel for Plaintiffs, Trustees of the
7 | Operating Engineers Pension Trust, et al.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,

  Plaintiffs,

  vs.

CUT CORE DEMOLITION COMPANY, INC., a California corporation,

  Defendant.

**CASE NO.:** CV 07-7399 ABC (CTx)

**JUDGMENT**

Upon application by plaintiffs herein for a default judgment pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, and it appearing to the Court that the default of Cut Core Demolition Company, Inc., a California corporation, was entered on February 25, 2008, in the office of the Clerk of this Court; and that no proceedings have been taken by the defendant since default was entered,

///

///

-1-
**JUDGMENT**

133628.1

1 **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that
2 plaintiffs Trustees of the Operating Engineers Pension Trust, Trustees of the
3 Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers
4 Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training
5 Trust shall recover from defendant Cut Core Demolition Company, Inc., a California
6 corporation, the principal amount of $18,948.57, attorney's fees in the amount of
7 $9,246.50, and costs of suit in the amount of $520.95, together with post-judgment
8 interest as provided by law.

10 DATED:  May 12, 2008
                                                    UNITED STATES DISTRICT JUDGE

13 Submitted By:
14 LAQUER, URBAN, CLIFFORD & HODGE, LLP

17 By:  /S/- Marija Kristich Decker
          Marija Kristich Decker
18 Counsel for Plaintiffs, Trustees of the
19 Operating Engineers Pension Trust, et al.

-2-
**JUDGMENT**

133628.1